IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>**Plaintiff**<br><br>v.<br><br>IVAN CABRERA-GARAY(20),<br><br>**Defendant(s)** | **CRIMINAL NO.** 06-0060(JAG) |

**ORDER**

The deadline for filing objections to the Magistrate-Judge's Report and Recommendation has elapsed. Upon review of the record, the Court adopts the Report and Recommendation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 29th day of March, 2006.

S/Jay A. Garcia-Gregory<br>
JAY A. GARCIA-GREGORY<br>
United States District Judge